Brandon C. Fernald (SBN 222429)
brandon@fernaldlawgroup.com
**FERNALD LAW GROUP APC**
510 West Sixth Street, Suite 700
Los Angeles, CA 90014
Telephone: 323.410.0320
Facsimile: 323.410.0330

Richard C. Weinblatt (*Pro Hac Vice*)
weinblatt@swdelaw.com
**STAMOULIS & WEINBLATT LLC**
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone: 302.999.1540
Facsimile: 302.762.1688

Attorneys for Plaintiff
EHIERARCHY LLC

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EHIERARCHY LLC, <br><br> Plaintiff, <br><br> v. <br><br> QNAP INC., <br><br> Defendant. | CASE NO. 2:19-cv-01264-MWF-RAO <br><br> [PROPOSED] **ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** |

| | |
|---:|---|
| 1 | The Court, having reviewed the parties' stipulation requesting this case be |
| 2 | dismissed with prejudice, and for good cause shown, hereby grants the same. |
| 3 | |
| 4 | |
| 5 | **IT IS SO ORDERED.** |
| 6 | |
| 7 | |
| 8 | Dated: September 30, 2019 |
| 9 | HONORABLE MICHAEL W. FITZGERALD |
| | UNITED STATES DISTRICT COURT JUDGE |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |